# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

| United States of America | ) |
|---|---|
| v. | ) |
| (8) Rongjian LI, (9) Qinliang CHEN, (10) Yanbing CHEN, and (11) Xiong LIN | ) Case No. 22-6322-MPK |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **May 2021 to present** in the county of **Suffolk and elsewhere** in the District of **Massachusetts**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1956(h) | Conspiracy to commit money laundering |
| 21 U.S.C. § 846 | Conspiracy to distribute and to possess with intent to distribute 5 kilograms and/or 500 grams or more of cocaine |

This criminal complaint is based on these facts:

See attached affidavit of FBI Special Agent Benjamin Wallace

☑ Continued on the attached sheet.

/s/ Benjamin Wallace
*Complainant's signature*

Benjamin Wallace, FBI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 10/12/2022

*Judge's signature*

City and state: Boston, Massachusetts    Hon. M. Page Kelley, U.S. Chief Magistrate Judge
*Printed name and title*